

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2022

No. 04-21-00521-CV

**IN THE ESTATE OF JOHN MOORE KILLIAN**, Deceased,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2019-PC-2157
Honorable Oscar J. Kazen, Judge Presiding

## O R D E R

The parties have filed a joint motion to abate this appeal for mediation. We decline to abate this appeal but GRANT the motion to the extent that we suspend the appellate deadlines in this appeal until August 1, 2022. Counsel of record for each party and the authorized representatives of each party are instructed to attend mediation and to make good faith efforts to resolve this suit.

The mediator shall file a written report concerning the disposition of the case with the Clerk of this Court *no later than August 1, 2022*. If no written report is filed by August 1, 2022, the appellate deadlines in this appeal will be reinstated and appellee's brief will be due within thirty days.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2022.

MICHAEL A. CRUZ, Clerk of Court